RCH:RMS
F. #2023R00331

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

NYASIA DAVIS,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. __23-CR-517__
(T. 18, U.S.C., §§ 2, 1512(c)(1),
1791(a)(1), 1791(b)(1) and 3551 et seq.;
T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(C), 853(a) and 853(p))

Judge Diane Gujarati
Magistrate Judge Lois Bloom

THE GRAND JURY CHARGES:

### COUNT ONE
(Providing Contraband in Prison)

1. On or about April 16, 2023, within the Eastern District of New York and elsewhere, the defendant NYASIA DAVIS, together with others, did knowingly and intentionally, in violation of a statute or a rule or order issued under a statute, attempt to provide a prohibited object, to wit: amphetamine and morphine, to an inmate at the Metropolitan Detention Center.

(Title 18, United States Code, Sections 2, 1791(a)(1), 1791(b)(1) and 3551 et seq.)

### COUNT TWO
(Possession with Intent to Distribute Amphetamine and Morphine)

2. On or about April 16, 2023, within the Eastern District of New York and elsewhere, the defendant NYASIA DAVIS, together with others, did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved:

(a) a substance containing amphetamine, a Schedule II controlled substance; and (b) morphine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE
(Obstruction of Justice)

3. On or about July 12, 2023, within the Eastern District of New York and elsewhere, the defendant NYASIA DAVIS, together with others, did knowingly, intentionally and corruptly alter, destroy, mutilate and conceal one or more records, documents and other objects, to wit: a cellular telephone bearing International Mobile Equipment Identity number 354065524530230, and the files contained therein, and attempt to do so, with the intent to impair such items' integrity and availability for use in an official proceeding, to wit: a Federal Grand Jury investigation in the Eastern District of New York.

(Title 18, United States Code, Sections 2, 1512(c)(1) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
AS TO COUNT TWO

4. The United States hereby gives notice to the defendant that, upon her conviction of the offense charged in Count Two, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offense; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00331
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

NYASIA DAVIS,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2, 1512(c)(1), 1791(a)(1), 1791(b)(1) and 3551 et seq.;
T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C), 853(a) and 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* ___13TH___ *day,*

*of* ___December___ *A.D. 20* _23_

_____
*Clerk*

*Bail, $* _____

_____

*Rebecca M. Schuman, Assistant U.S. Attorney (718) 254-7202*